# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00446-CV

**Lucy Lafuente, Appellant**

**v.**

**Mass Marketing, Ltd., d/b/a Super S. Foods, Appellee**

### FROM THE DISTRICT COURT OF McCULLOCH COUNTY, 198TH JUDICIAL DISTRICT
### NO. 2008077, HONORABLE MELVIN REX EMERSON JR., PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Lucy Lafuente's brief is overdue. By letter dated November 3, 2010, this Court's clerk informed appellant that appellant's brief had been due October 7, 2010, and had not been received. The letter cautioned that unless the Court received a satisfactory response on or before November 15, 2010, the appeal could be dismissed. No response has been filed, therefore this appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Prosecution

Filed: January 12, 2011